IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. PILLARS,<br><br>                Petitioner,<br>  vs.<br><br>A.A. LAMARQUE,<br><br>                Respondent. | No. C 02-00127 JW (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL ANSWER |

Petitioner, a state prisoner, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court dismissed the petition with leave to amend. On July 12, 2002, petitioner filed an amended petition. The Court found the amended petition, liberally construed, stated the following cognizable claims: (1) the prosecutor systematically excluded African-Americans from the jury pool; (2) the trial court improperly excluded evidence that petitioner had been falsely accused; and (3) the trial court erred in refusing to dismiss a juror for misconduct and intentional concealment during voir dire. Respondent was ordered to show cause why the amended petition should not be granted. Respondent filed an answer, but failed to address the merits of the third claim.

Respondent is given **thirty (30) days** from the date of this order to file a

1  supplemental answer addressing the merits of claim three, showing cause why a writ of
2  habeas corpus should not be issued.  Respondent may raise any procedural defects but
3  must address the claim on the merits.  Respondent shall file with the answer a copy of
4  all portions of the state trial record that have been transcribed previously and that are
5  relevant to a determination of the issue and/or all other pertinent exhibits, but only
6  such documents that were not previously filed with respondent's original answer.

7  Petitioner may file a traverse to the supplemental answer within **twenty (20)**
8  **days** the answer is served upon him.  Petitioner must serve his response on respondent.
9  Respondent may file a reply to an opposition within **fifteen (15) days** of the date the
10  opposition is served.

12  DATED:     October 17, 2007                              
                                                JAMES WARE
13                                              United States District Judge